# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ. 0189                                    Purchased/Filed: January 9, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

---

*Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds*    Plaintiff

against

*T.R. Drywall contracting Company, L.L.C.*    Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____January 14, 2008____, at ____2:00pm____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint on

____T.R. Drywall contracting Company, L.L.C.____, the Defendant in this action, by delivering to and leaving with ____Chad Matice____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__  Approx. Wt: __200__  Approx. Ht: __6'0"__  
Color of skin: __White__  Hair color: __Brown__  Sex: __M__  Other: _____

Sworn to before me on this  
17th day of ____January, 2008____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order# SP0800408

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179